# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

KEVIN L. BUTLER    )
          )
   Plaintiff,    )
          )
v.          )  Case No. CV415-157
          )
MICKEY D. HOWE,    )
Lazer Transport, Inc. CEO, CFO, )
          )
   Defendant.   )

# O R D E R

Plaintiff filed this Title VII case and paid the Court's filing fee on May 28, 2015. Doc. 1. However, he sought no summonses for Fed. R. Civ. P. 4 service. Nor, apparently, did he make any to effectuate service upon defendant within the 120 days that Rule 4(m) demands.[1] The Court thus directs him, within 14 days of the date this Order is served, to show why his case should not be dismissed for violating Rule 4(m).

---

[1] Under Fed. R. Civ. P. 6(a)(1)(A), the first day (May 28, 2015) is excluded from the 120-day period, which placed Butler at Saturday, September 26, 2015, as his Rule 4(m) deadline. But since Rule 6(a)(1(C) says to exclude weekend days as an "end day," he had until Monday, September 28, 2015, to serve defendant. He did not.

**SO ORDERED,** this 20th day of October, 2015.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA