FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2015 NOV 10 AM 11: 56
CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

KEVIN L. BUTLER,

    Plaintiff,

v.

MICKEY D. HOWE, Lazer Transport, Inc. CEO, CFO,

    Defendant.

CASE NO. CV415-157

## O R D E R

Before the Court is Plaintiff Kevin L. Butler's Notice of Voluntary Dismissal Without Prejudice. (Doc. 3.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Because Defendant has filed neither an answer nor a motion for summary judgment in this case, Plaintiff's request is **GRANTED** and this action is **DISMISSED WITHOUT PREJUDICE** with each party to bear its own fees and costs. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of November 2015.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA